[No. 43989-8-I.    Division One.    March 6, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. CLARENCE RAY LENOX, *Defendant*, ROBERT LEE JAMES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-05166-0, Ann Schindler, J., entered January 8, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 44036-5-I.    Division One.    March 6, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVAN BRYANT, *Appellant*.

Appeal from judgments of the Superior Court for Snohomish County, Nos. 98-1-01689-7 and 98-1-00026-5, James H. Allendoerfer, J., entered December 17, 1998. *Remanded* by unpublished per curiam opinion.

[No. 44106-0-I.    Division One.    March 6, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES WEEKS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-08325-3, Michael J. Fox, J., entered February 1, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 44112-4-I.    Division One.    March 6, 2000.]

THE STATE OF WASHINGTON, *Appellant*, v. MICHAEL BRYON LEWIS, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-03120-1, Harriett M. Cody, J., entered February 8, 1999. *Reversed* by unpublished opinion per Becker, J., concurred in by Coleman and Baker, JJ.